IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASMINE BANKS, Individually
And as Parent and Natural Guardian
of A.B., a Minor                                                                                           PLAINTIFF

VS.                             Case No. 4:23-cv-1071-JM

TOTAL TRANSPORTATION OF
MISSISSIPPI, LLC, *et al.*                                                                          DEFENDANTS

<u>ORDER</u>

Pending is Plaintiffs' motion for voluntary nonsuit pursuant to Rule 41(a)2) of the Federal Rules of Civil Procedure. (Doc. No. 100). Plaintiff seeks to dismiss her claims against all defendants without prejudice. Total Transportation of Mississippi, LLC and Penny Chamblee filed a response objecting to the motion, to which Plaintiffs replied. (Doc. Nos. 101 and 104).

After consideration of the arguments presented by the parties, the Court grants Plaintiffs' motion to dismiss this action without assessing costs at this point. In the event Plaintiff elects to refile her complaint, the Court will entertain a motion pursuant to Rule 41(d) to assess all or part of the costs of this action. This order terminates all pending motions.

IT IS SO ORDERED this 25th day of September, 2025.

_____
Honorable Judge James M. Moody, Jr.