IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASMINE BANKS, Individually
And as Parent and Natural Guardian
of A.B., a Minor                                                                                          PLAINTIFF

VS.                                    Case No. 4:23-cv-1071-JM

TOTAL TRANSPORTATION OF
MISSISSIPPI, LLC, *et al.*                                                                          DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this same day, Plaintiffs' complaint is dismissed without prejudice, and judgment is entered in favor of Defendants.

IT IS SO ORDERED this 25th day of September, 2025.

_____
Honorable Judge James M. Moody, Jr.